■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEX BULA, Appellant. [836 NYS2d 416]—Appeal by the defendant from an order of the Supreme Court, Queens County (Mullings, J.), rendered March 6, 2006, which, after a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The Supreme Court's determination designating the defendant a level two sex offender is supported by clear and convincing evidence (*see* Correction Law § 168-n [3]) and, therefore, should not be disturbed on appeal (*see People v Morris,* 33 AD3d 778 [2006]; *People v O'Neal,* 26 AD3d 365 [2006]; *People v Davis,* 26 AD3d 364 [2006]). Rivera, J.P., Spolzino, Florio and Angiolillo, JJ., concur.